# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

___

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

Author: Matthew A. Brown - Partner
Direct E-Mail Address: matt@mllaborlaw.com
Direct Dial: (516) 303-1366

March 1, 2022

**Via ECF**

Hon. Vernon S. Broderick, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      RE:   *Yu et al. v. Ollies44 LLC et al.*
              **SDNY Case No.: 21-cv-10339 (VSB)**

Dear Judge Broderick:

      This firm represents the Defendants in the above-referenced matter. This letter shall serve as Defendants' request for an adjournment of the conference scheduled for March 18, 2022 at 4 p.m. The basis for the request is that the undersigned is a Sabbath observer and cannot participate at that hour on a Friday. I also note that I will be leaving the office early on both March 16 and 17, 2022 due to religious observance as well. Plaintiff's counsel consents to the adjournment, but is not available from March 21, 2022 to April 1, 2022. Defendants have not previously sought the requested relief.

      Thank you for your attention to this matter.

                              Respectfully,

                              /s/ Matthew A. Brown

cc:   client (via e-mail)

The conference scheduled for March 18, 2022 is RESCHEDULED to March 15, 2022 at 4 pm. The dial-in information is the same as in my previous order. (Doc. 18.) The Clerk of Court is respectfully directed to close the open motion at Docket 20.

**SO ORDERED:**

*[signature]* 03/01/22
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE