UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHAO CONG YU, *individually and on behalf of all other employees similarly situated*,

                               Plaintiff,

        -against-

OLLIES44 LLC d/b/a OLLIE'S TO GO et al.,

                            Defendants.
------------------------------------------------------------X

21-CV-10339 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       On March 15, 2022, I held a conference in this action. As discussed, in light of Plaintiff's counsel inability to contact Plaintiff, this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

       The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: March 15, 2022
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge